Entered on Docket July 29, 2014

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

GORDON L CHINN and

ALANA Y CHINN,

     Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 14-11215-TWD

ORDER DENYING CONFIRMATION

THIS MATTER came before the Court on the Chapter 13 Trustee's objection to confirmation (ECF No. 49). Based on the stipulation of the parties, it is

ORDERED that:

1) Confirmation of the debtors' plan (ECF No. 41) is denied;

2) By August 15, 2014, the debtors shall file and note a feasible amended plan. The debtors shall set the amended plan for hearing on the Court's September 17, 2014 calendar;

3) By August 15, 2014, the debtors shall file an amended Form B22C;

4) If the debtors timely file a response to the Trustee's Motion to Dismiss Case with Prejudice (ECF No. 50), that motion shall be continued to the Court's September 17, 2014 calendar; and

///

///

ORDER DENYING CONFIRMATION - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

5) By August 1, 2014, the debtors shall comply with the Court's Order Directing Debtors to Disclose Settlement Agreement Terms and Disbursements (ECF No. 48).

/ / /End of Order/ / /

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124

Approved:

*/s/ Melissa A. Huelsman* [approved by email]
Melissa A. Huelsman, WSBA #30935
Attorney for Debtors

ORDER DENYING CONFIRMATION - 2

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 14-11215-TWD    Doc 56    Filed 07/29/14    Ent. 07/29/14 06:38:32    Pg. 2 of 2